**BUCHANAN v. ATLANTIC INDEMNITY CO.**

[342 N.C. 642 (1996)]

MARK JONATHAN BUCHANAN v. ATLANTIC INDEMNITY COMPANY

No. 541PA94

(Filed 9 February 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 116 N.C. App. 735, 450 S.E.2d 355 (1994), reversing an order entered by Saunders, J., on 13 September 1993, in Superior Court, Buncombe County, and remanding to the trial court. Pursuant to Rule 30(f)(1) of the North Carolina Rules of Appellate Procedure, this case was reviewed without oral argument.

*Ball, Barden, Contrivo & Bell, P.A., by Ervin L. Ball, Jr., for plaintiff-appellee.*

*Steven D. Cogburn and Wyatt S. Stevens for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is vacated, and the case is remanded for further consideration in light of the authority of *Bray v. N.C. Farm Bureau Mut. Ins. Co.*, 341 N.C. 678, 462 S.E.2d 650 (1995).

VACATED AND REMANDED.